IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONIA DANTE | § | |
| | § | |
| v. | § | CASE NO. 4:18-cv-854 |
| | § | |
| THE KROGER CO. | § | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE THAT Defendant The Kroger Co. (hereinafter referred to as "Defendant") while fully reserving all rights and defenses, files this Notice of Removal to the United States District Court for the Southern District of Texas, Houston Division. Removal is proper under 28 U.S.C. §§1332 and 1441(a) because this is an action over which the United States District Court for the Southern District of Texas, Houston Division, has original diversity jurisdiction, as it is an action between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs. In support of its Notice of Removal, Defendant respectfully would show as follows:

### I.   GROUNDS FOR REMOVAL

1. This case is removable to this Court based on diversity jurisdiction under 28 U.S.C. §§1332 and 1441(a).

2. Plaintiff Sonia Dante (hereinafter referred to as "Plaintiff") is a citizen of the State of Texas, residing in Harris County, Texas.

3. Defendant is a corporation organized and existing under the laws of the State of Ohio.

4. As described more fully below, Plaintiff seeks to recover from the Defendant an amount in excess of $75,000.00, excluding interest and costs, in her state court action.

## II.     PENDING STATE SUIT

5. On or about February 5, 2018, Plaintiff filed a civil action against Defendant in Cause No. 2018-07782 styled *Sonia Dante v. The Kroger Co.* in the 164th District Court of Harris County, Texas.[1]

6. According to Plaintiff's Original Petition, she was injured at 3550 Spencer Highway, Pasadena, Texas, 77504, which was allegedly in the possession and control of Defendant.[2]

7. Plaintiff claims that "she slipped and fell due to a puddle of water being left unattended on the floor."[3]

8. The name and address of the Court from which the case is being removed is:

   164th District Court
   Harris County Civil Courthouse
   201 Caroline St.
   Houston, Texas 77002

## III.     STATE COURT DOCUMENTS

9. The following documents are attached to this Notice of Removal:

Exhibit "A"   Plaintiff's Original Petition.

Exhibit "B"   Notice of Service of Process.

Exhibit "C"   Defendant's Verified Denial and Original Answer.

Exhibit "D"   An index of matters being filed.

   D-1   Copy of the state court Docket Sheet/Record.

   D-2   Copy of process.

---

[1] *See Plaintiff's Original Petition and Request for Disclosure* attached hereto as Exhibit A.
[2] *Id.* at p. 3.
[3] *Id.*

        D-3    A list of all counsel of record, addresses, telephone numbers, and parties.

        D-4    Civil Cover Sheet.

## IV.    TIMING OF REMOVAL

10.    Defendant was served with Plaintiff's Original Petition through its registered agent for service of process, CSC Corporation Service Company, on February 16, 2018.[4] This Notice of Removal is being filed within 30 days of service of the Original Petition upon Defendant and is timely filed under 28 U.S.C. §1446(b).

## V.    JURISDICTION

11.    Pursuant to 28 U.S.C. §1332, a defendant has a right to remove a case to federal court if the case involves a dispute between completely diverse parties and the amount in controversy, excluding interest and costs, exceeds $75,000.00.

12.    Plaintiff has asserted that she seeks damages of over $100,000 but not more than $200,000.[5] Based on the allegations in Plaintiff's Original Petition, this matter is removable to this Court under 28 U.S.C. §1332 because the amount in controversy, excluding interests and costs, exceeds $75,000.00.

13.    Plaintiff also alleges in her Original Petition that she is a resident of Texas.[6]

14.    Defendant is a corporation organized and existing under the laws of the State of Ohio.

15.    Accordingly, there exists complete diversity of citizenship between Plaintiff and Defendant under 28 U.S.C. §1332.

---

[4] *See* Notice of Service of Process attached hereto as Exhibit B.
[5] *See* Plaintiff's Original Petition attached as Exhibit A, p. 2.
[6] *Id.* at p. 1.

## VI.  VENUE

16. Pursuant to 28 U.S.C. §1441(a), venue for this action is proper in the United States District Court for the Southern District of Texas, Houston Division, as it is the federal judicial district that encompasses the 164th District Court of Harris County, Texas where the state action was originally filed.

## VII.  NOTICE TO ADVERSE PARTIES AND TO STATE COURT

17. As the removing party, Defendant will give Plaintiff prompt written notice of this Notice of Removal as required by 28 U.S.C. §1446(d).

18. Defendant will also file a copy of this Notice of Removal with the 164th District Court, where the state court action is currently pending, as required by 28 U.S.C. §1446(d).

## VIII.  ANSWER

19. Defendant timely filed an answer in the state court action. By removing this action to this Court, Defendant does not waive any defenses, objections, or motions available to it under state or federal law, and will timely file responsive pleadings to Plaintiff's Original Petition in this Court as well.

## PRAYER

20. For these reasons and in conformity with 28 U.S.C. §1446, Defendant respectfully removes the civil action styled *Sonia Dante v. The Kroger Co.* and bearing Cause No. 2018-07782 on the docket of the 164th District Court of Harris County, Texas. Defendant prays for such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

<1>

Respectfully submitted by,

*/s/ Adraon D. Greene*
Adraon D. Greene
  Attorney-in-Charge
  State Bar No. 24014533
  Federal Bar No. 25029
  agreene@gallowaylawfirm.com
Daniel D. Schick
  State Bar No. 24098387
  Federal Bar No. 2979655
  dschick@gallowaylawfirm.com

**OF COUNSEL:**

GALLOWAY, JOHNSON, TOMPKINS
BURR & SMITH
1301 McKinney Suite 1400
Houston, Texas   77010
(713) 599-0700 – Phone
(713) 599-0777 – Fax
**ATTORNEYS FOR DEFENDANT,
THE KROGER CO.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of March, 2018, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants. I also certify that I have forwarded this filing by regular U.S. Mail, postage pre-paid, this same day to all non-CM/ECF participants.

*Via CM/ECF:*
Wisam Ghuneim
THE GHUNEIM LAW FIRM
3115 Preston Rd., Suite F
Pasadena, Texas 77505
**ATTORNEY FOR PLAINTIFF**

*/s/ Daniel D. Schick*
Adraon D. Greene
Daniel D. Schick