United States District Court
Southern District of Texas
**ENTERED**
January 29, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SONIA DANTE | § § | |
| v. | § § | CASE NO. 4:18-cv-854 |
| THE KROGER CO. | § | |

## ORDER OF DISMISSAL

Having considered the foregoing Joint Motion to Dismiss with Prejudice, the Court is of the opinion that the Joint Motion to Dismiss with Prejudice, in all things, should be GRANTED in its entirety.

IT IS HEREBY ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED.

IT IS FURTHER ORDERED that this cause against The Kroger Co. be dismissed from this cause with prejudice.

Signed on this 29th day of January, 2020.

_____
United States District Judge

1